IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **DANIEL ALLEN WAKEFORD and MELISSA ANN BARONE,** <br><br> **Defendant.** | CR 24-40-GF-BMM <br><br><br> **PRELIMINARY ORDER OF FORFEITURE** |

Before the Court is the United States' Unopposed Motion for a Preliminary Order of Forfeiture. Defendant Daniel Allen Wakeford appeared before the Court on October 22, 2024, and entered a plea of guilty to Counts 1 and 2 of the Superseding Information. Defendant Melissa Ann Barone appeared before the Court on December 2, 2024, and entered a plea of guilty to Count 1 of the Indictment. The defendants' pleas provide a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11) and 18 U.S.C. § 982(a).

Accordingly, IT IS ORDERED that the motion is GRANTED.

1

IT IS FURTHER ORDERED that Daniel Allen Wakeford's and Melissa Ann Barone's interests in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. §881(a)(11) and 18 U.S.C. § 982(a):

- Approximately $62,040 in United States currency, seized from White 2002 Monaco Diplomat Motorhome;

- Approximately $7,911 in United States currency, seized from 2016 BMW;

- Approximately $5,000 in United States currency, seized from 2007 BMW;

- Draco, model Micro Draco, 7.62x39 caliber AK-47 pistol with serial number 22PMD-28335, and magazine;

- 2016 Black BMW, License Plate EDX870, and Vehicle Identification Number 5UXKR0C51G0U10742; and

- White 2002 Monaco Diplomat 40 Foot Motorhome, Montana License Plate CZB748, Vehicle Identification Number 1RF42464722020856.

IT IS FURTHER ORDERED that the United States Marshals Service and the Federal Bureau of Investigation shall seize the property subject to forfeiture and further shall make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described

property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and shall make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture and in any event this Order shall become final as to Daniel Allen Wakeford and Melissa Ann Barone at sentencing and is incorporated into any judgment issued in this case pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A)-(B).

DATED this 19th day of March, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts